(125 So. 903)

### Homer CARMACK v. STATE.   (5 Div. 51.)

Supreme Court of Alabama.   Jan. 28, 1930.

T. E. Martin, of Montgomery, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

THOMAS, J.   Petition of Homer Carmack for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Carmack v. State, 125 So. 902.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.